

1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

FILED
MAR 1 4 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )   Case No. 11-mj-076 EFB
         Plaintiff,                  )
                                     )   ORDER RE: REQUEST TO UNSEAL
     v.                              )   COMPLAINT, ARREST WARRANT AND
                                     )   ARREST WARRANT AFFIDAVIT
JOSE CUEVAS PULIDO,                  )
                                     )
         Defendant.                  )
                                     )

    Upon application of the United States of America and good cause having been shown,

    IT IS HEREBY ORDERED that the complaint, arrest warrant and arrest warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: _March 14_, 2011

                                    /s/ Dale A. Drozd
                                    United States Magistrate Judge

1